# UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERONICA BAUGH,<br>4546 Kinmount Rd.<br>Lanham, MD 20706<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE,<br>and OFFICER BRADFORD<br>and OFFICER SUTHERLAND<br>119 D Street N.E.<br>Washington, D.C. 20510<br><br>*Defendants*. | Civil Action No. 22-3002 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants United States Capitol Police, Officer Bradford, and Officer Sutherland, by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Defendants United States Capitol Police, Officer Bradford, and Officer Sutherland are in receipt of a complaint in the case of *Baugh v. Unites States Capitol Police, et al*., Civil Action No. 2022 CA 003729 B (D.C. Super. Ct.) in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). It appears that Plaintiff's seeks relief for alleged false imprisonment and intentional Infliction of emotional distress. Plaintiff also alleges that the defendant agency is responsible through intrusion upon seclusion, negligent hiring, training and supervision and under the doctrine of respondeat superior. A copy of the Complaint is attached hereto as Exhibit 1.

2. The United States Capitol Police is an independent establishment of the United States. *See* 20 U.S.C. § 41, *et seq.*; *Expeditions Unlimited Aquatic Enter., Inc. v. Smithsonian Inst.*, 566 F.2d 289, 296 (D.C. Cir. 1977); *Raven v. Sajet*, 334 F. Supp. 3d 22, 28 (D.D.C. 2018). Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: October 4, 2022
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

SOLON PHILLIPS, Esq.
4801 Bartletts Vision Drive
Bowie, MD 20720

        /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123